ELDRIDGE C. BOYCE, Respondent, v. FRANK W. HOWELL, Appellant. FRANK W. HOWELL, Appellant, v. ELDRIDGE C. BOYCE, Respondent.—

All concur. (Appeal from order consolidating two actions resulting from an automobile collision; transferring the

*Howell* v. *Boyce* action to Erie County, plaintiff Howell to have the right to open and close.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.